# THE UNITED STATES

## vs.

# HUYCK.

---

An appeal does not lie to this Court from an order of the Criminal
Court overruling a motion to quash an indictment. Such an order is
interlocutory only.

Criminal Docket No. 4681. Decided November 4, 1868.

STATEMENT OF THE CASE AND DECISION.

INDICTMENT for grand larceny. The defendant chal-
lenged the array of grand jurors and moved to quash the
indictment. The motion was overruled, whereupon an ap-
peal was taken to this Court.

When the argument of the case was begun, Mr. Justice
Olin said as the case came to the General Term, not on a
final judgment or decree, but upon exceptions to the rul-
ing of the Court below upon an interlocutory question as to
the constitution of the grand jury, he was doubtful whether
the case was properly before the Court. Whereupon all
the justices concurred that the order in question was merely
interlocutory, and was unappealable.

MR. JUSTICE WYLIE also said:

The act of 1863 organizing the Supreme Court provides
means of appeal from the Circuit Court and from the Spe-
cial Term to the General Term, but is silent as to appeals
from the District Court or the Criminal Court. The act of
1838 must, therefore, be resorted to in order to ascertain
the method by which appeals from those courts may be

taken. It appears by that act that the old Circuit Court was the appellate Court to the Criminal and the District Courts, and that to the Supreme Court of the District of Columbia was transferred all the jurisdiction of the old Circuit Court. Hence, appeals from the Criminal Court must come here under the act of 1838, and not under that of 1863. The act of 1838 furnishes the rule governing such appeals, and that act provided that the Circuit Court should have power to award a writ of error in any criminal case whatever, wherein final judgment had been pronounced by the Criminal Court convicting any person of any crime or misdemeanor. The rule of this Court allows appeals to be taken wherever a writ of error will lie, but in all other respects the act of 1838 is the law of this case.

Appeal dismissed.

MESSRS. E. C. CARRINGTON and N. WILSON for the United States.

MESSRS. W. D. DAVIDGE and A. G. RIDDLE, for the defendant.